No. 73–2000. UNITED STATES v. PELTIER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Case set for oral argument with No. 73–2050, *United States* v. *Ortiz, ante,* p. 824; No. 73–6848, *Bowen* v. *United States, ante,* p. 824; and No. 74–114, *United States* v. *Brignoni-Ponce, ante,* p. 824.

No. 73–1683. MOORING ET AL. v. LOUISIANA STATE BOARD OF MEDICAL EXAMINERS. Sup. Ct. La. Certiorari denied.

No. 73–1813. INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION, LOCAL No. 10 v. HOFFMAN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 73–1919. WILLIS v. UNITED STATES; and
No. 73–6934. HARRIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 494 F. 2d 1273.

No. 73–1931. NATIONAL DYNAMICS CORP. ET AL. v. FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 73–1979. SULLIVAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 73–1985. NEWELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.